**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of June, two thousand twenty-one.

Before:  Debra Ann Livingston,
          *Chief Judge.*

_____

| | |
|---|---|
| Government Employees Insurance Co., GEICO General Insurance Company, GEICO Casualty Co., GEICO Indemnity Co., | **ORDER** |
| Plaintiffs - Appellees, | Docket No. 20-1231 |
| v. | |
| Mikhail Strut, M.D., AKA Mikhail Strutsovskiy, M.D., RES Physical Medicine & Rehabilitation Services, P.C., Cheryle Hart, M.D., | |
| Defendants - Appellants. | |

_____

Appellants move to voluntarily dismiss the appeal pursuant to Federal Rule of Appellate Procedure 42(b).

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 06/02/2021**